IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00386-BNB-PAC

THOMAS S. MAYES,

    Plaintiff(s),

v.

JOHN E. POTTER,
U.S. POSTAL SERVICE,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Defendant's Motion to Vacate June 6, 2006 Settlement Conference [filed May 31, 2006; Doc. No. 67] is **GRANTED** as follows:

    The Settlement Conference set for June 6, 2006 is *vacated.*

    IT IS **FURTHER ORDERED** that counsel shall conference call the Court at: 303-844-4892, after a ruling on Defendant's Motion for Summary Judgment, to reschedule the Settlement Conference if necessary

May 31, 2006