IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-00386-BNB-PAC

THOMAS S. MAYES,

Plaintiff,

v.

JOHN E. POTTER, U.S. POSTAL SERVICE,

Defendant.

_____

## ORDER

_____

This matter arises in connection with **Defendant's Reply to Response in Opposition to Motion for Summary Judgment** [Doc. #76, filed 10/24/06] (the "Reply"). The Reply is STRICKEN.

The defendant filed a motion for summary judgment on May 26, 2004 [Doc. #33]. The plaintiff responded to the motion on June 17, 2004 [Doc. #34]. The defendant filed a reply on June 29, 2004 [Doc. #35]. The summary judgment motion was denied without prejudice on February 7, 2005 [Doc. #41]. Subsequently, the matter was rebriefed in 2005 [Docs. #49, #53, and #56], and an order was issued on March 3, 2006 [Doc. #59], granting summary judgment in part and denying it in part .

The defendant now has inexplicably resubmitted his reply brief in support of the already decided motion for summary judgment.

IT IS ORDERED that the Reply is STRICKEN.

Dated October 24, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge