IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.03-cv-00386-BNB-PAC

THOMAS S. MAYES,

        Plaintiff,

v.

JOHN E. POTTER,
UNITED STATES POSTAL SERVICE,

        Defendant.

---

ORDER GRANTING LEAVE TO PROCEED ON APPEAL
PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24

---

Boland, Magistrate Judge

      Plaintiff has submitted a Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. The motion will be granted. Pursuant to 28 U.S.C. § 753(f), the court certifies that this appeal is not frivolous and presents a substantial question, i.e., a significant issue that is unique, unusual, or reasonably debatable. Accordingly, it is

      ORDERED that the Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 is granted. It is

      FURTHER ORDERED that the court reporter shall prepare for inclusion in the record on appeal an original and one copy of the reporter's transcript of the record of proceedings, if ordered by the plaintiff. The transcript fee shall be paid by the United States.

      DATED July 13, 2007, at Denver, Colorado.

                                    BY THE COURT:

                                    s/ Boyd N. Boland
                                    United States Magistrate Judge